■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON STREET, Appellant. [859 NYS2d 891]—Appeal by the defen-

dant, as limited by his motion, from a resentence of the County Court, Suffolk County (Gazzillo, J.), imposed April 12, 2007, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed. No opinion. Fisher, J.P., Miller, Balkin and Belen, JJ., concur.